NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

MISCELLANEOUS DOCKET NO. 920

IN RE DEUTSCHE BANK TRUST COMPANY AMERICAS
and TOTAL BANK SOLUTIONS, LLC,

Petitioners.

On petition for writ of mandamus to the United States District Court
for the Southern District of New York, case no. 09-CV-02675, Judge Victor Marrero.

ON MOTION

Before LOURIE, Circuit Judge.

## O R D E R

Deutsche Bank Trust Company Americas and Total Bank Solutions, LLC submit a motion to stay the district court's order that exempts one of the attorneys for the plaintiffs from the district court's patent prosecution bar, pending disposition of a soon-to-be-filed petition for a writ of mandamus.

We note that the United States District Court for the Southern District of New York stayed its order until 5 p.m. on November 30, 2009, to give time for the petitioners to seek relief from this court.

Upon consideration thereof,

IT IS ORDERED THAT:

Provided that Deutsche files its petition for a writ of mandamus no later than noon on November 30, 2009, the district court's stay of the order will be temporarily extended until this court decides the petition for a writ of mandamus or until further order of this court. If Deutsche files its petition by that time, the plaintiffs are directed to

respond no later than noon on December 10, 2009.  The petition and response must be served by hand or by overnight delivery.

FOR THE COURT

NOV 2 4 2009

_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Jeffrey A. Finn, Esq.
       Charles Robert Macedo, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 2 4 2009

JAN HORBALY
CLERK

Misc. 920

- 2 -